# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
### Southern Division

|  |  |
|---|---|
| **SKY ANGEL U.S., LLC,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) **Case No.: 8:13-cv-00031-DKC** |
|  | ) |
| **DISCOVERY COMMUNICATIONS, LLC, and** | ) |
| **ANIMAL PLANET, LLC,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants Discovery Communications, LLC and Animal Planet, LLC (collectively "Discovery"), by and through undersigned counsel, hereby respectfully move for a judgment on the pleadings in favor of Discovery because the complaint does not contain facts, even when taken as true, that set forth a claim for relief that is plausible on its face. Discovery submits the accompanying Memorandum of Points and Authorities in Support of its Motion for Judgment on the Pleadings.

WHEREFORE, for the reasons set forth, Defendants respectfully request that this Court grant judgment in favor of Defendants and dismiss this action.

A proposed order is attached hereto.

Dated:  March 1, 2013

Respectfully submitted,

       /s/ Anthony T. Pierce

Anthony T. Pierce, Bar No. 13321
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Tel:  (202) 887-4000
Fax:  (202) 887-4288
apierce@akingump.com

*Counsel for Defendants Discovery Communications, LLC and Animal Planet, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I electronically filed the foregoing Defendants' Motion for Judgment on the Pleadings with the Clerk of the Court for the U.S. District Court for the District of Maryland, using the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" to all counsel of record who have entered an appearance in this matter.

        /s/ Anthony T. Pierce
Anthony T. Pierce, Bar No. 13321
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Tel:  (202) 887-4000
Fax:  (202) 887-4288
apierce@akingump.com

*Counsel for Defendants Discovery Communications, LLC and Animal Planet, LLC*