**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
Southern Division**

|  |  |
|---|---|
| SKY ANGEL U.S., LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.: 8:13-cv-00031-DKC |
|  | ) |
| DISCOVERY COMMUNICATIONS, LLC, and | ) |
| ANIMAL PLANET, LLC, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### [PROPOSED] ORDER GRANTING JUDGMENT ON THE PLEADINGS

Upon consideration of the motion by Defendants Discovery Communications, LLC and Animal Planet, LLC, dated March 1, 2013 for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (the "Motion") and all briefing and papers in support thereof and opposition thereto; the legal and factual bases as set forth in the Motion and pleadings; and after due deliberation, the Court hereby finds as follows:

The interpretation of a written contract is generally a question of law to be decided by the Court. The language of the contract in dispute is clear and unambiguous. As a matter of law, based upon the plain and ordinary meaning of the termination provision, Defendants had a right to terminate its contract with Plaintiff. No further obligations were owed by Defendants in order to exercise this right of termination. Defendants satisfied their contractual obligation and thus did not breach the contract by exercising the right to terminate the agreement.

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Judgment on the Pleadings is GRANTED; and

2. Plaintiff's complaint is DISMISSED with prejudice.

_____
United States District Court District Judge