UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO: Counsel of Record

FROM: Judge Charles B. Day
United States Magistrate Judge

RE: <u>Sky Angel U.S., LLC v. Discovery Communications, LLC et al</u>
Civil Action No. DKC-13-31

DATE: February 19, 2014

\* \* \* \* \* \* \* \* \*

Please be advised that oral argument has been scheduled for **Wednesday, February 26, 2014 at 3:00 p.m. in Courtroom 2A** on the Defendant's Motion to Compel (ECF 72). The parties will be allotted approximately 1 hour for total argument. Please note, however, that I may choose to decide these motions on the pleadings prior to the date scheduled for argument.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text. These materials are not to be filed electronically.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.