IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| SKY ANGEL U.S., LLC | : |
|  | : |
| v. | : Civil Action No. DKC 13-0031 |
|  | : |
| DISCOVERY COMMUNICATIONS, LLC, ET AL. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 15th day of August, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1.   Judgment BE, and the same hereby IS, ENTERED in favor of Defendants Discovery Communications, LLC and Animal Planet, LLC and against Plaintiff Sky Angel U.S., LLC on all counts in the complaint;

2.   All prior rulings are incorporated herein and this judgment is final within the meaning of Fed.R.Civ.P. 58;

3.   The motion for redactions of transcript of trial proceedings and to seal the unredacted transcript filed by Discovery Communications, LLC and Animal Planet, LLC (ECF No. 279) BE, and the same hereby IS, GRANTED IN PART and DENIED IN PART as follows:

a) The motion to redact selected testimony on pages 33-35 of the trial transcript from the afternoon session of November 20, 2015, IS DENIED;

b) The motion to redact selected testimony on pages 28 and 39 of the trial transcript from the afternoon session of November 20, 2015, IS GRANTED;

c) The motion to seal the unredacted transcript IS GRANTED;

d) The clerk is DIRECTED to FILE the unredacted transcript under seal and to FILE the trial transcript from the afternoon session of November 20, 2015, with the proposed redactions on pages 28 and 39;

4.   The clerk is DIRECTED to FILE the memorandum opinion temporarily under seal, and the parties jointly will notify the court within fourteen (14) days of any requested redactions for the version to be released to the public docket.  If the parties do not request redactions, the clerk will be instructed to unseal the memorandum opinion at that time; and

5.   The clerk will transmit copies of the memorandum opinion and this order to counsel for the parties and CLOSE this case.

_____
                /s/
DEBORAH K. CHASANOW
United States District Judge